IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MYRTLE ROGINA,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.        13-cv-188-wmc

DAWN R. MARTINSON a/k/a DAWN R.
GREEN a/k/a DAWN R. MARTINSON-
GREEN, CARL GREEN and
BANK OF AMERICA, N.A.,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Bank of America, N.A. against defendant Carl Green awarding attorney fees and costs in the total amount of $1,062.00.

| | |
|---|---|
| *s/ Peter Oppeneer* | 3/19/2013 |
| Peter Oppeneer, Clerk of Court | Date |